# United States Court of Appeals for the Federal Circuit

---

May 2, 2010

**ERRATA**

---

Appeal No. 2010-5108

**WELLS FARGO & COMPANY AND SUBSIDIARIES,**

**v.**

**UNITED STATES.**

Decided:  April 15, 2011
Precedential Opinion

---

Please make the following change:

Page 18, line 12, change "highly unlikely" to "highly likely".